## People of the State of Illinois, Defendant in Error, v. Francisco Chavez, Plaintiff in Error.

**Gen. No. 42,564.**

opinion filed October 25, 1943. W. G. Anderson, for plaintiff in error; Francis J. Callahan, of counsel; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by Presiding Justice O'Connor. Not to be published in full.